UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR EDWARD SMITH,

                    Plaintiff,

          -against-                                    22-CV-4994 (LTS)

JP MORGAN CHASE BANK N.A.; 1                           CIVIL JUDGMENT
UNNAMED/UNIDENTIFIED "CUSTOMER
SERVICE REPRESENTATIVE,

                    Defendants.

          For the reasons stated in the January 16, 2024, order, this action is dismissed.

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    January 16, 2024
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge